

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALCANTAR ENTERPRISES, LLC D/B/A ALCANTAR APARTMENTS, | § | No. 08-14-00165-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| CARLOS GALLEGOS AND LUZ MARIA RIVAS, INDIVIDUALLY AND AS NEXT FRIENDS OF JENNIFER GALLEGOS AND ASHLEY GALLEGOS, MINORS, | § § § § | of El Paso County, Texas (TC# 2011-DCV05300) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to reverse the trial court's judgment and remand the case to the trial court for entry of a new judgment pursuant to the parties' settlement agreement and concludes the motion should be granted. We therefore set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 4TH DAY OF MAY, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.